UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC D. WALKER,

  Plaintiff,

v.

ILLINOIS DEPARTMENT OF
CORRECTIONS, MAJOR PICKERING,
and DANIEL L. AUSTIN,

  Defendants.

Case No. 08-cv-670-JPG

## **JUDGMENT**

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

Dated: March 3, 2009      s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**